**Electronically Filed**
**Supreme Court**
**SCWC-20-0000121**
**22-DEC-2021**
**09:43 AM**
**Dkt. 3 ODAC**

SCWC-20-0000121

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JEFFREY ANDREW HORTON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000121; CASE NO. 3CPC-19-0000431)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on November 19, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

